IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE 5th FAMILY
COURT OF DENIZLI IN DENIZLI,
TÜRKIYE IN THE MATTER OF
RONALD DUANE GRANT V. MELIS
YORUK

CASE NO.

5:24-MC-20-FL

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the 5th Family Court of Denizli in Denizli, Türkiye, in *Ronald Duane Grant v. Melis Yoruk*, Foreign Reference Number 2022/196 through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain testimony from Julie Baker for use in connection with a judicial proceeding in the 5th Family Court of Denizli in Denizli, Türkiye; and

WHEREAS upon review of the Letter of Request issued by the 5th Family Court of Denizli in Denizli, Türkiye in *Ronald Duane Grant v. Melis Yoruk*, seeking evidence from Julie Baker who may be found within the jurisdiction of this Court for use in said judicial proceedings in Türkiye and the Court being fully informed.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Katherine Asaro, Assistant United States Attorney for the Eastern District of North Carolina, is hereby appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Julie Baker in the form of interrogatory responses for transmission to the Office of International Judicial Assistance, United States Department of

Justice, for transmission to the District Court for 5th Family Court of Denizli in Denizli, Türkiye in *Ronald Duane Grant v. Melis Yoruk*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

    IT IS FURTHER ORDERED that the U.S. Department of Justice shall provide Julie Baker in Wake Forest, North Carolina, with a copy of this Order and the accompanying documents.

    This the 19th day of July, 2024.

                                               */s/ Louise W. Flanagan*
                                             Honorable Louise W. Flanagan
                                             United States District Judge